UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                                         Chapter 13

DEBORAH M. KELLY,                       Case No. 09-B-38627

                                           Debtors,
-----------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Deborah M. Kelly | $600.00 |
| 205 Fair Street | |
| Carmel, New York 10512 | refund |

   Trustee's check to your order in the sum of $600.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
          March 22, 2011

                                                           Respectfully submitted,
                                                           */s/ Jeffrey L. Sapir*
                                                            JEFFREY L. SAPIR
                                                            Standing Chapter 13 Trustee